**LIEBLING, MALAMUT & SUNKETT, LLC**
1939 ROUTE 70 EAST, SUITE 220
CHERRY HILL, NJ 08003
(856) 424-1808
Attorney for Plaintiff, Enid Reyes

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| ENID REYES,<br>            Plaintiff, | : CIVIL No. 12-2152 (RMB/AMD)<br>:<br>: |
| ROBERT JUMPER, A & H METALS, INC.<br>BRIAN PERREY, JOHN DOES 1-5, JANE<br>DOES 1-5, ABC COMPANIES 1-5 AND XYZ<br>CORPORATION 1-5, i/j/s/a,<br>            Defendants | :<br>:<br>:<br>: **NOTICE OF DISMISSAL**<br>: **WITH PREJUDICE** |

    **PLEASE TAKE NOTICE** that Plaintiff Enid Reyes ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *with prejudice* as to Defendants, Robert Jumper, A & H Metals, Inc., Brian Perrey, John Does 1-5, Jane Does 1-5, ABC Companies 1-5 and XYZ Corporation 1-5.

    Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
**(a) Voluntary Dismissal.**
**(1) *By the Plaintiff.***
**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

    Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

Date: 4/12/12

                                                  ADAM S. MALAMUT, ESQUIRE
                                                  Attorney for Plaintiff